**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00351-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JOSE RAMIREZ-LUNA,
2.    JOSE LUIS RAMIREZ,
3.    ERNESTO PAIGE,

      Defendants.

_____

**ORDER**
_____

As set forth on the record at the hearing held on December 5, 2008, IT IS HEREBY

ORDERED that

1.  Defendant Ernesto Paige's Motion to Join Co-Defendant Jose Luis Ramirez's

Unopposed Motion to Declare Case Complex/Ends of Justice [Doc # 36] is GRANTED;

2.  For the reasons stated on the record at the hearing held on October 24, 2008, this case

is declared complex as to Defendant Ernesto Paige;

3.  A further status conference in this case is set for **January 21, 2009 at 9:00 a.m.;** and

4.  Defendants' appearances at the January 21, 2009 status hearing are waived.

Dated: December   5  , 2008.

                    BY THE COURT:

                      s/Lewis T. Babcock           
                    Lewis T. Babcock, Judge