**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  07-cr-00351-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     JOSE LUIS RAMIREZ,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that sentencing hearing regarding Defendant Ramirez is set **Wednesday, January 6, 2010 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  *Defendant shall be present.*  An interpreter is required.

Dated:  November 2, 2009